**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:20CR130** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **NICHOLAS J. KUHR,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's Unopposed Motion to Continue Trial [37]. Counsel will be in a jury trial in another case and unavailable, and moves the Court for an order continuing the trial to a later date. For good cause shown,

**IT IS ORDERED** that defendant's Unopposed Motion to Continue Trial [37] is granted, as follows:

1. The jury trial, now set for May 18, 2021, is continued to **June 22, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 22, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: April 29, 2021.**

**BY THE COURT:**


**s/ Michael D. Nelson**
**United States Magistrate Judge**