IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR130 |
| | ) | |
| vs. | ) | |
| | ) | |
| NICHOLAS JAMES KUHR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's oral motion for a continuance of trial. During a telephone conference before the undersigned magistrate judge with counsel for the parties, it was confirmed that an essential witness will likely be subject to COVID-19 quarantine, and therefore a continuance of the scheduled trial is being sought. The defendant does not object to the requested continuance nor to exclusion of time under the Speedy Trial Act. For good cause shown,

**IT IS ORDERED** that the oral motion to continue trial is granted, as follows:

1. The jury trial, now set for September 7, 2021, is continued to **September 21, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 21, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance of trial would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice. 18 U.S.C. § 3161(h)(3)(A), (7)(A) & (B)(i).

**DATED:  August 30, 2021.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**