IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20-CR-130 |
| vs. | |
| NICHOLAS JAMES KUHR, | ORDER ON REQUEST FOR TRANSCRIPT |
| Defendant. | |

This matter is before the Court on the Request for Transcript, filed by non-party Richard H. McWilliams. Filing 71. The request for a transcript is granted, provided Mr. McWilliams contacts Rogene Schroder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for preparation of the transcript. Otherwise, the motion is denied. Accordingly,

IT IS ORDERED:

1. The Request for Transcript, filed by non-party Richard H. McWilliams, Filing 71, is granted as to the transcript under the conditions described above, and is otherwise denied; and

2. The Clerk is directed to mail a copy of this order and the docket report to Richard H. McWilliams at the address provided in Filing 71.

Dated this 18th day of August, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge